■ CATHERINE RIGBY, Appellant, v. DOMINICK DE LUCA et al., Respondents.— Motion by respondent Dominick De Luca to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ALBERT I. SIMMS, Appellant, v. EVA J. SIMMS, Respondent.— Motion by appellant for a stay, pending appeal, denied. Motion by appellant to dispense with the printing of the exhibits granted; the exhibits to be handed up on the argument or submission of the appeal. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THERESA MCDONOUGH, Respondent, v. JOHN MCDONOUGH, Appellant.— Motion by appellant for a stay of all proceedings under the order appealed from, pending appeal. Motion granted to the extent of staying the provisions of said order, directing the payment of temporary alimony of $75 a week and a counsel fee of $500, on condition: (1) that appellant shall pay to respondent $50 a week on account of such alimony; (2) that appellant shall pay to respondent $100 on account of the counsel fee; and (3) that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion for a stay is denied in all other respects. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's brief must be served and filed on or before February 9, 1962. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ANNA L. R. KRUZE, Appellant, v. ISABEL M. KELEHER et al., Respondents. In the Matter of ANNA L. R. KRUZE, as Administratrix of the Estate of FRANK J. KRUZE, Deceased, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.— Motion by appellant for a stay, pending appeals, granted, on condition that appellant perfect the appeals and be ready to argue or submit at the April Term, beginning March 26, 1962; appeals ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 1, 1962. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ (A) NASSAU MUTUAL FUEL CO., INC., Respondent, v. CLAYTON W. SPRAGUE, Appellant. (B) In the Matter of EUGENE JACOBSON, Respondent, v. TRIM-SLIDE, INC., et al., Appellants.— [In each action] Motion by appellant[s] for a stay, pending appeal, granted, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 9, 1962. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THOMAS J. FISHER, Respondent, v. WINFRED COOK et al., Appellants, and IDEAL TOY CORPORATION, Appellant-Respondent.— Motions by appellants for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ GRACE G. SPERY, Respondent, v. JOSEPH C. SPERY, Appellant.— Motion by appellant for reargument denied, with $10 costs. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.